IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN, BANKRUPTCY DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| Innovative Communication Corporation, | ) Chapter 11 |
|  | ) |
| Debtor. | ) Case No: 07-30012 (JKF) |
| _____ | ) |
|  | ) |
| STAN SPRINGEL, Chapter 11 | ) |
| Trustee of the Bankruptcy Estate of | ) |
| Innovative Communication Corporation, | ) |
|  | ) Adv. Pro No. 09-3004 (JKF) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| SIR RONALD SANDERS, | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE ON BEHALF OF
## <u>SIR RONALD SANDERS</u>

TO: **WILFREDO MORALES**
　　　Clerk of the Court
　　　Almeric L. Christian Federal Building & US Courthouse
　　　5500 Veterans Drive, Room 310
　　　St. Thomas, USVI 00802

　　　**BENJAMIN A. CURRENCE, ESQUIRE**
　　　Law Offices of Benjamin A. Currence
　　　5045 Norre Gade, Suite 2
　　　P.O. Box 6143
　　　St. Thomas, VI 00804-6143
　　　Local Counsel for Plaintiff

　　　**MICHAELA C. CROCKER, ESQUIRE**
　　　**DANIEL C. STEWART, ESQUIRE**
　　　**JAMES J. LEE, ESQUIRE**
　　　Vinson & Elkins, LLP
　　　Trammell Crow Center
　　　2001 Ross Avenue, Suite 3700
　　　Dallas, Texas 75201
　　　Attorneys for Plaintiff

IN RE: INNOVATIVE COMMUNICATION CORP., Springel v. Sanders
Bankruptcy Case No: 07-30012 (JFK)
Adv. Pro. No. 09-3004 (JFK) DCVI STT-STJ
Notice of Appearance on behalf of Sir Ronald Sanders

PLEASE TAKE NOTICE that W. MARK WILCZYNSKI, ESQUIRE, of the Law Office of W. Mark Wilczynski, P.C., St. Thomas, Virgin Islands, hereby enters an appearance as attorney of record for the Defendant, SIR RONALD SANDERS in the above-captioned action. It is requested that hereafter copies of all papers filed with the Court by any party be served on said attorney at his mailing address set out below and via the ECF system.

Respectfully submitted,

DATED:  September 15, 2009         /s/ W. MARK WILCZYNSKI
W. MARK WILCZYNSKI, ESQUIRE
Law Office of W. Mark Wilczynski, P.C.
Attorney for Defendant –
**SIR RONALD SANDERS**
Palm Passage Ste. C20-22 – PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Telephone:   (340) 774-4547
Fax No:      (340) 774-4759
MWilczynski@usvilaw.com

IN RE: INNOVATIVE COMMUNICATION CORP., Springel v. Sanders
Bankruptcy Case No: 07-30012 (JFK)
Adv. Pro. No. 09-3004 (JFK) DCVI STT-STJ
Notice of Appearance on behalf of Sir Ronald Sanders

## CERTIFICATE OF SERVICE

I hereby certify on this the 15TH day of September, 2009, I caused a true and exact copy of the foregoing **NOTICE OF APPEARANCE ON BEHALF OF SIR RONALD SANDERS** to be served by ECF:

**BENJAMIN A. CURRENCE, ESQUIRE**
Law Offices of Benjamin A. Currence
5045 Norre Gade, Suite 2
P.O. Box 6143
St. Thomas, VI 00804-6143
Local Counsel for Plaintiff

**MICHAELA C. CROCKER, ESQUIRE**
**DANIEL C. STEWART, ESQUIRE**
**JAMES J. LEE, ESQUIRE**
Vinson & Elkins, LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Attorneys for Plaintiff

_____/s/ W. MARK WILCZYNSKI_____